RECEIVED
IN LAKE CHARLES, LA.
JUL - 6 2012
TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| EARL J. VOISION | : | DOCKET NO. 2:11 CV 2008 |
| VS. | : | JUDGE MINALDI |
| TERRY TERRELL, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the petition for Writ of Mandamus is hereby DENIED and DISMISSED WITH PREJUDICE as frivolous.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this __6__ day of ___July___ 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE